## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Case No. 22cr107 (KMM/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Matthew Dereck Howell, | |
| Defendant. | |

_____

This matter is before the Court on Matthew Dereck Howell's motion to continue the trial and exclude time from the Speedy Trial Act computations in this case. [ECF No. 36]. Mr. Howell asks the Court to postpone the trial, which is currently set for October 24, 2022, for two reasons. First, he asserts that additional time is needed to enable him to prepare for trial. Also, his counsel and the government need additional time to explore possible resolutions of the case short of trial.

In addition, Mr. Howell himself has submitted a signed Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act. [ECF No. 37]. In it, Mr. Howell states: "I would like my attorney to have some additional time to prepare for trial and to continue his conversation with the government about possible resolutions short of trial." [*Id.*] Ultimately, Mr. Howell requests the trial be continued by approximately 90 days. [ECF No. 36 ¶ 2].

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, IT IS HEREBY ORDERED that the trial currently set for October 24, 2022, is continued. The period from the date of this order through Monday, January 23, 2023, shall be excluded from the Speedy Trial Act computations in this case.

IT IS FURTHER ORDERED that trial shall commence on January 23, 2023. The final pretrial conference shall be held on Friday, January 20, 2023.

Date:  September 28, 2022

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge